UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| KRISTY COOKSON,            )<br>                                         )<br>        Plaintiff            )<br>                                         )<br>v.                                    )<br>                                         )<br>CITY OF LEWISTON, et al.,  )<br>                                         )<br>        Defendants         ) | Civil No. 2:11-cv-460-DBH |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On February 7, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Defendants' Motion for Summary Judgment.  The plaintiff filed an objection to the Recommended Decision on February 23, 2013.  I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The defendants' motion for summary judgment is **GRANTED**.

**SO ORDERED.**

**DATED THIS 12TH DAY OF MARCH, 2013**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**